# United States Court of Appeals for the Federal Circuit

March 29, 2019

**ERRATA**

Appeal Nos. 2018-1553, 2018-1554

**SHENYANG YUANDA ALUMINUM INDUSTRY ENGINEERING CO., LTD., YUANDA USA CORP.,**
*Plaintiffs*

**JANGHO CURTAIN WALL AMERICAS CO. LTD., PERMASTEELISA NORTH AMERICA CORP., PERMASTEELISA SOUTH CHINA FACTORY, PERMASTEELISA HONG KONG LIMITED,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, ARCHITECTURAL GLASS & ALUMINUM COMPANY, WALTERS & WOLF, BAGATELOS ARCHITECTURAL GLASS SYSTEMS, INC.,**
*Defendants-Appellees*

Decided: March 18, 2019
Precedential Opinion

At page 16, line 26, "desired judicial relief" is changed to -- "into likely judicial redress"

At page 17, line 19, " '[a]s" is changed to -- "As"